UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Hector L. Rolon

Chapter 13
Bankruptcy Case 02–45994
Judge Henry J. Boroff

## CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL

04-30155-MAP

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **02–45994 Hector Rolon** (Missing Document 58) Will Forward Upon Receipt.

**DOCKETED**

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER, IN THE DISTRICT OF MASSACHUSETTS, THIS 17th DAY OF AUGUST.

James M. Lynch
Clerk, U.S. Bankruptcy Court

Date: 8/17/04



By the Court,

Patricia Simonelli

Deputy Clerk
(508) 770-8930

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _____ day of August 2004, _____.

This case has been assigned No. 04-30165-MAP

Mary Finn
DEPUTY CLERK

01

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

IN RE
    HECTOR L. ROLON
                  Debtor

Chapter 13
Case No: 02-45994-HJB

NOTICE OF APPEAL

FRANCIS LAFAYETTE the counsel of record to debtor, appeals under U.S.C. § 158(a) or (b) from the order of the bankruptcy judge

07/08/2004   95   Memorandum of Decision Dated 7/8/04 Regarding [92] Motion to Reconsider [86] Order Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc)

07/08/2004   96   Order Dated 7/8/04 Denying [92] Motion to Reconsider [86] Order Filed by Attorney Francis Lafayette. (sas, usbc)

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

    Appellant  Francis Lafayette
    Debtor:    Stefan Davis
    Attorney:  Francis Lafayette
    Address:   Post Office Box 1020
                Palmer, MA 01069
                BBO# 282960
    Telephone: (413) 283-7785

    Appellee
    Trustee:   Denise M. Pappalardo
                Chapter 13 Trustee
    Address:   P.O. Box 16607
                44 Front Street, Suite 230
                Worcester, MA 01601
    Telephone: (508) 791-3300

Respectfully

*Francis Lafayette J.D.* (signature)

Francis Lafayette, J. D.
1024 Park Street
Post Office Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

IN RE
    HECTOR L. ROLON
              Debtor

Chapter 13
Case No: 02-45994-HJB

## CERTIFICATE OF SERVICE

I, Francis Lafayette, J. D. have served a copy of the DEBTOR'S notice of appeal on the following parties:

Richard King
Assistant US Trustee
Office Of United States Trustee
446 Main St Ste 14
Worcester MA 01608-2361

Denise M. Pappalardo
P.O. Box 16607
Worcester, MA 01601

Hector Rolon
PO BOX 784
Palmer, MA
01069-0784

_Francis Lafayette, J.D._
Francis Lafayette, J. D.