# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-30155-MAP

Bankruptcy Case No. 02-45994-HJB

IN RE: HECTOR L. ROLON,
Debtor

******************************************

HECTOR L. ROLON,

Appellant

v.

RICHARD KING, ASSISTANT UNITED STATES TRUSTEE; AND
DENISE M. PAPPALARDO, CHAPTER 13 TRUSTEE

Appellee

*****************************************************************************

BRIEF OF APPELLEE, DENISE PAPPALARDO, CHAPTER 13 TRUSTEE

## TABLE OF CONTENTS

# TABLE OF CONTENTS

TABLE OF AUTHORITIES...........................................................................................ii

I.   STATEMENT OF ISSUE PRESENTED.......................................................................1

II.  STANDARD OF REVIEW............................................................................................1

III. STATEMENT OF THE CASE AND FACTS...................................................................1

IV.  ARGUMENT ................................................................................................................4

## TABLE OF AUTHORITIES

STATUTES:

11 U.S.C. §330.............................................................................................................................2

FEDERAL RULES OF BANKRUPTCY PROCEDURE

Fed. Rules Bankr. Pro. 8002....................................................................................................3-5
Fed. Rules Bankr. Pro. 8013......................................................................................................1

MASSACHUSETTS LOCAL BANKRUPTCY RULES

Mass. Local Bank. Rules13-7 (b)...............................................................................................2

CASES:

*In re Collida*, 270 B.R. 209 (Bankr.S.D.Tex 2001)....................................................................5

*Cooter & Gell v. Hatmarx Corp.*, 496 U.S. 384 (1990).............................................................1

*Edmonston v. Murphy (In re Edmonston)*, 107 F.3d 74 (1st Cir.1997).......................................1

*In re Ortiz*, 200 B.R. 485 (D. Puerto Rico1996)........................................................................1

*Pioneer Inv. Servs.Co v. Brunswick Assocs. Ltd. P'Ship* 507 U.S. 380 (1993)..............................4

*In re Williams,* 224 B.R. 523 (B.A.P. 2nd Cir. 1998)..................................................................1

## I. STATEMENT OF ISSUE

Whether the bankruptcy court's order of July 8, 2004 denying the late filing of an appeal was an abuse of discretion given that the late filing was not caused by excusable neglect.

## II. STANDARD OF REVIEW

Whereas, the lower court's decision is reviewed for abuse of discretion, the appellate court reviews the facts underlying the decision under a "clearly erroneous" standard. Fed. Rules Bankr. Pro. 8013. *See also*, *In re Ortiz*, 200 B.R. 485, 489, (D. Puerto Rico 1996). A bankruptcy court abuses its discretion if it bases its decision on an erroneous view of law or clearly erroneous factual findings. *Cooter & Gell v. Hatmarx Corp.*, 496 U.S. 384 (1990). To determine that the Bankruptcy Court abused its discretion, this Court must find that the lower court "committed a clear error of judgment in the conclusion it reached based on all the appropriate factors." *In re Williams*, 224 B.R. 523, 529 (B.A.P. 2nd Cir. 1998). The clearly erroneous standard requires the Court to give great deference to the bankruptcy court. *Ortiz*, at 489. Legal conclusions are reviewed *de novo*. *Edmonston v. Murphy (In re Edmonston)*, 107 F.3d 74, 75(1st Cir. 1997).

## III. STATEMENT OF THE CASE AND FACTS

On December 1, 2002, Hector Rolon (the "Debtor") filed a bankruptcy petition pursuant to Chapter 13 of Title 11 of the United States Code (the "Code").[1] The Debtor was represented by Attorney Francis Lafayette.

On or about June 24, 2003, the bankruptcy court issued a case management order (the

---

[1]Trustee's Appendix, No. 1, Docket No. 1.

1

"Case Management Order")[2] ordering Attorney Lafayette to show cause (1) why he should not

file fee applications in all pending cases in which he serves as counsel to the debtor in which fees

are unpaid and (2) why, until further order of the court, he should not be required to deposit fees

received from Chapter 13 or 7 debtors in the District of Massachusetts in his client trust account

and not disburse the funds until approval of his fees.[3]  In issuing the Case Management Order,

the bankruptcy court took judicial notice that a pattern had arisen whereby Attorney Lafayette

failed to adequately represent his clients.[4]

On July 22, 2003, an evidentiary hearing was conducted on the Case Management Order.

At that time, Attorney Lafayette presented evidence that the lapses in his representation were due

---

[2]Trustee's Appendix, No. 2.

[3]The court may allow reasonable compensation to counsel for a debtor based on the
benefit and necessity of such services 11 U.S.C. § 330(a)(4)(B). "Unless otherwise ordered by
the court, if debtor's counsel's total compensation prior to confirmation of a plan is $2,500.00 or
less ...[or]...compensation for post confirmation services [is] in an amount not exceeding
$500...the filing of an itemized fee application shall be excused."  MLBR 13-7(b).

[4] The Case Management Order was issued in the following cases: *In re Stefan Davis,* Case
No. 03-40199-HJB-there were errors in the bankruptcy schedules and plan; *In re Mark Bennett
and Angela Bennett*, Case No. 03-40074-HJB-there were errors in the bankruptcy schedules and
plan; *In re Joseph LaFrance*, Case No. 02-42450-HJB-there were inaccuracies regarding time
entries on Attorney Lafayette's fee application; *In re Marta Oyola*, Case No. 02-45398-HJB-
Attorney Lafayette filed a Schedule "C"and an Amended Schedule "C" in which he claimed an
exemption in assets in excess of that permitted.  In the following cases, the bankruptcy court
ordered Attorney Lafayette to file fee applications: *In re Kathleen Daigneault*, Case No. 02-
46689-HJB-Attorney Lafayette failed to amend an unconfirmable Chapter 13 plan and missed
two deadlines in the case; and *In re Peter Caci*, Case No. 02-47249-HJB-Attorney Lafayette
failed to disclose to the debtors that an expert retained by Attorney Lafayette was not in fact
qualified, failed to advise the debtors that Attorney Lafayette represented the expert in his own
Chapter 13 bankruptcy, undertook to represent both the expert and the debtors in a contest
regarding fees, and failed to timely file a motion to sell real estate. In the *Rolon* case, Attorney
Lafayette filed a Chapter 7 case for the debtor even though he had recently received a Chapter 7
discharge and could not obtain another Chapter 7 discharge, he filed inaccurate schedules, and
filed schedules late. Trustee's Appendix No. 3, pp. 38-40.

2

to computer software problems, his chronic illnesses and his staff's temporary illnesses.[5] With

respect to the evidence presented by Attorney Lafayette

> The Court finds it hard to believe, and does not believe, that most
> (if any) of the various errors described in each of the above
> referenced cases are the result of the various excuses proffered by
> Attorney Lafayette. But even if the excuses are true, they are not
> sufficient to overlook the sloppy, careless and unprofessional
> actions taken by Attorney Lafayette in each of the referenced cases.
> Clients come to attorneys for a service. Where the service is not
> provided, or provided poorly, they should not be required to pay
> for the service, regardless of the validity of the excuse offered.[6]

On June 10, 2004, the Court ordered, in part, that Attorney Lafayette disgorge fees,[7] file

fee applications in those cases in which there is unpaid compensation, and file fee applications

in all future bankruptcy cases (the "June 10, 2004 Order").[8]

On June 24, 2004, Attorney Lafayette filed a Notice of Appeal of the June 10, 2004 Order

(the "First Notice of Appeal").[9] On June 29, 2004, the bankruptcy court dismissed the appeal as

it was not timely filed pursuant to the Federal Rules of Bankruptcy Procedure 8002(a) (the

"Dismissal Order").[10] On June 30, 2004, Attorney Lafayette filed a motion for reconsideration of

---

[5]Trustee's Appendix No. 3, p. 40.

[6]Trustee's Appendix, No. 3, p. 41.

[7]The order to disgorge was issued in *Oyola, Rolon, Daigneault, Caci, Davis* and
*LaFrance.* Trustee's Appendix, No. 3, p. 44.

[8]Trustee's Appendix, No. 4.

[9]Trustee's Appendix, No. 1, Docket No. 85.

[10]Trustee's Appendix, No. 5.

3

the Dismissal Order (the "Reconsideration Motion").[11]  Attorney Lafayette alleged that the First

Notice of Appeal was not timely filed due in part to newly diagnosed illnesses.  On July 8, 2004,

the bankruptcy court denied the Reconsideration Motion (the "Reconsideration Order").[12]  On

July 19, 2004, Attorney Lafayette filed a Notice of Appeal of the Reconsideration Order (the

"Second Notice of Appeal") which is the subject of the present appeal.[13]

## IV. ARGUMENT

Whether the bankruptcy court's order of July 8, 2004 denying the late filing of an appeal was an abuse of discretion given that the late filing was not caused by excusable neglect.

A notice of appeal must be filed within 10 days of the date of the entry of the judgment,

order, or decree. Fed. R. Bankr. P. 8002(a).  A request to extend the time for filing a notice of

appeal must be made by written motion filed before the time for filing a notice of appeal has

expired except that such a motion filed not later than 20 days after the expiration of the time for

filing a notice of appeal may be granted upon a showing of *excusable neglect [emph. added]*.Fed.

R. Bankr. P. 8002( c)(2).

Determination of whether neglect is excusable is an equitable one taking into account all

relevant circumstances surrounding the parties omission.  *Pioneer Inv. Servs. Co. v. Brunswick*

*Assocs. Ltd. P'ship,* 507 U.S. 380, 396 (1993).  "These include...the danger of prejudice to the

debtor, the length of the delay and its potential impact of judicial proceedings, the reason for the

---

[11]Trustee's Appendix, No. 1, Docket No. 92.

[12]Trustee's Appendix, No. 6.

[13]Trustee's Appendix, No. 1, Docket No. 99.

4

## TABLE OF CONTENTS FOR APPELLEE'S APPENDIX

1. Docket Entries

2. Case Management Order dated June 24, 2003

3. Memorandum of Decision dated June 10, 2004

4. Order dated June 10, 2004

5. Dismissal Order dated June 29, 2004

6. Order Denying Motion for Reconsideration Dated July 8, 2004

7. Memorandum of Decision dated July 8, 2004

No. 1

CONVERTED, NOCLOSE, APPEAL

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Bankruptcy Petition #: 02-45994

*Assigned to:* Judge Henry J. Boroff
Chapter 13
Previous chapter 7
Voluntary
Asset

*Date Filed:* 10/01/2002
*Date Converted:* 10/08/2002

**Hector L. Rolon**
46 Pinney St.
Palmer, MA 01069
SSN: xxx-xx-0414
*Debtor*

represented by **Francis Lafayette**
PO Box 1020
Palmer, MA 01069
(413) 283-7785
Email: francislafayettejd@onebox.com

**Richard King**
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
*Assistant U.S. Trustee*

**Denise M. Pappalardo**
P. O. Box 16607
Worcester, MA 01601
508-791-3300
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/01/2002 | 1 | Voluntary Chapter 7 Petition ( Filing Fee $ 200.00 Rcpt # 504055) missing documents: All Schedules a-j Statement of Financial Affairs and Disclosure of Aty Compensation Due on 4:30 pm 10/16/02 Statement of Intent due by 4:30 pm on 10/31/02. (pf) (Entered: 10/02/2002) |
| 10/01/2002 | | Matrix. (pf) (Entered: 10/02/2002) |
| 10/01/2002 | | First Meeting of Creditors scheduled For 10:30 am on 11/7/02 At Banknorth Center, Rm 515. Last Day To Oppose Discharge: 4:30 pm on 1/6/03. Notice to be mailed within two weeks. (pf) (Entered: 10/02/2002) |
| | | |

| 10/01/2002 | 2 | Certificate of Appointment and Acceptance of Trustee Steven Weiss and Fixing of Bond. (pf) (Entered: 10/02/2002) |
|---|---|---|
| 10/01/2002 | 3 | Order to Update Petition. Incomplete Filing; missing documents: All Schedules a-j Statement of Financial Affairs and Disclosure of Aty Compensation ; Missing Documents Due 4:30 pm on 10/16/02 ; Statement of Intent Due 4:30 pm on 10/31/02. (pf) (Entered: 10/02/2002) |
| 10/07/2002 | 4 | Court's Notice of the First Meeting being sent to the Bankruptcy Noticing Center. (auto) (Entered: 10/07/2002) |
| 10/07/2002 | 5 | Motion by Debtor for Conversion from Chapter 7 to Chapter 13 . (Expedited Determination Requested) c/s (ps) (Entered: 10/07/2002) |
| 10/07/2002 | 6 | Schedules A-J (ps) (Entered: 10/08/2002) |
| 10/07/2002 | 7 | Statement of Financial Affairs. (ps) (Entered: 10/08/2002) |
| 10/07/2002 | 8 | Statement of Intent. (ps) (Entered: 10/08/2002) |
| 10/07/2002 | 9 | Disclosure of Compensation filed by Attorney Francis Lafayette for the Debtor in the amount of $ 3,000.00. (ps) (Entered: 10/08/2002) |
| 10/07/2002 | 10 | Chapter 13 Plan with Certificate of Service. (ps) (Entered: 10/08/2002) |
| 10/07/2002 | 11 | Debtor's Motion For Extension of Chapter 13 Plan Payment Period . c/s (ps) (Entered: 10/08/2002) |
| 10/08/2002 | 12 | ENDORSEMENT ORDER: Granting [5-1] Motion for Conversion from Chapter 7 to Chapter 13 by Debtor. Trustee Steven Weiss terminated. Denise Pappalardo appointed as Chapter 13 Trustee . (ps) (Entered: 10/08/2002) |
| 10/10/2002 | | First Meeting of Creditors sch For 2:00 pm 11/6/02 At Banknorth Center, Rm 515 Confirmation Hearing Set For 2:00 pm 11/6/02 At Banknorth Center, Rm 515 ;Proofs of Claim due on 4:30 pm ;Proof of Claim (gov. units only) Deadline: 4:30 pm 4/8/03 Notice to be mailed within two weeks. (hk) (Entered: 10/10/2002) |
| 10/10/2002 | 13 | First Meeting Certificate of Mailing. (auto) (Entered: 10/10/2002) |
| 10/11/2002 | 14 | Imaged Certificate of Mailing. (auto) (Entered: 10/11/2002) |
| 10/22/2002 | 15 | ENDORSEMENT ORDER: Regarding [11-1] Motion For Extension |

| | | |
|---|---|---|
| | | of Chapter 13 Plan Payment Period by Debtor . ALLOWED. NO OBJECTIONS FILED. (ps) (Entered: 10/22/2002) |
| 10/23/2002 | | First Meeting of Creditors and Confirmation Hearing Scheduled For 1:00 pm on 11/20/02 At Banknorth Center, Rm 515. Notice to be mailed within two weeks. (pf) (Entered: 10/23/2002) |
| 10/24/2002 | 16 | Court's Notice of the First Meeting being sent to the Bankruptcy Noticing Center. (auto) (Entered: 10/24/2002) |
| 10/25/2002 | 17 | Imaged Certificate of Mailing. (auto) (Entered: 10/25/2002) |
| 10/27/2002 | 18 | First Meeting Certificate of Mailing. (auto) (Entered: 10/27/2002) |
| 11/07/2002 | | First meeting not held. Case converted to chapter 13. (pf) (Entered: 11/19/2002) |
| 11/13/2002 | 23 | Notice of Appearance And Request For Service Of Notice By Owen H. Prague for Creditor Countrywide Home Loans, Inc. c/s (lc) (Entered: 12/13/2002) |
| 11/20/2002 | | First Meeting Held and Examination of Debtor. (ach) (Entered: 11/22/2002) |
| 11/22/2002 | 19 | Motion By Trustee To Dismiss Case (Expedited Determination Requested). (ab) (Entered: 11/22/2002) |
| 11/27/2002 | | Hearing Re: [19-1] Motion To Dismiss Case by Trustee set For 9:00 AM On 12/4/02 at Springfield Court. (ds) (Entered: 11/27/2002) |
| 12/02/2002 | 20 | Certificate Of Service By Trustee Of Hearing Re: [19-1] Motion To Dismiss Case by Trustee. (ps) (Entered: 12/02/2002) |
| 12/04/2002 | | Hearing Held Re: [19-1] Motion To Dismiss Case by Trustee. (sas) (Entered: 12/05/2002) |
| 12/04/2002 | 21 | AGREED ORDER: Regarding [19-1] Motion To Dismiss Case by Trustee . (sas) (Entered: 12/05/2002) |
| 12/08/2002 | 22 | Imaged Certificate of Mailing. (auto) (Entered: 12/08/2002) |
| 12/17/2002 | 24 | Objection By Creditor Internal Revenue Service To Confirmation Of [10-1] Chapter 13 Plan. c/s. (jc) (Entered: 12/20/2002) |
| 12/20/2002 | 26 | Motion of the Chapter 13 Trustee For Order Dismissing Case . c/s (ps) (Entered: 12/23/2002) |

| 12/20/2002 | 27 | Motion By Trustee To Extend Time To File Objection to Confirmation of Debtor's Chapter 13 Plan and Exemptions . c/s (ps) (Entered: 12/23/2002) |
|---|---|---|
| 12/23/2002 | 25 | (faxed) Objection By Debtor Hector L. Rolon To ch.13 Trustee's Motion For Order Dismissing Case (dated 12/20/02) . c/s (yms) (Entered: 12/23/2002) |
| 12/27/2002 |  | Hearing Re: [24-1] Objection to Confirmation of Plan by Internal Revenue Service Set For 9:30 am on 1/29/03 at Springfield Court . (ps) (Entered: 12/27/2002) |
| 12/30/2002 |  | Hearing Re: [26-1] Motion For Order Dismissing Case by Trustee Set For 9:30 am on 1/29/03 at Springfield Court . (ps) (Entered: 12/30/2002) |
| 12/31/2002 | 29 | Certificate Of Service By Steven M. Carr for Internal Revenue Service Of Hearing Re: [24-1] Objection to Confirmation of Plan. (ps) (Entered: 01/06/2003) |
| 01/02/2003 | 28 | Certificate Of Service By Trustee Of Hearing [26-1] Motion For Order Dismissing Case by Trustee. (ps) (Entered: 01/03/2003) |
| 01/27/2003 | 30 | Motion By Internal Revenue Service To Continue Hearing On: [24-1] Objection to Confirmation of Plan . c/s (ps) (Entered: 01/27/2003) |
| 01/28/2003 | 31 | ENDORSEMENT ORDER: Regarding [30-1] Motion To Continue Hearing On: [24-1] Objection to Confirmation of Plan by Internal Revenue Service . THE HEARING ON THE OBJECTION TO PLAN SET FOR 01/29/03 IS CANCELED; THIS MATTER IS CONTINUED GENERALLY. (ps) (Entered: 01/29/2003) |
| 01/29/2003 | 32 | ORDER: Hearing Held and Continued Regarding [26-1] Motion For Order Dismissing Case by Trustee .CONTINUED TO 2/12/03 AT 10:00 AM AT SPRINGFIELD. (ps) (Entered: 01/30/2003) |
| 02/12/2003 |  | Hearing Held Re: [26-1] Motion For Order Dismissing Case by Chapter 13 Trustee. (ps) (Entered: 02/13/2003) |
| 02/12/2003 | 33 | ORDER: Regarding [26-1] Motion For Order Dismissing Case by Chapter 13 Trustee . THE DEBTOR IS ORDERED TO SUPPLY ALL OF THE REQUESTED DOCUMENTS TO THE CHAPTER 13 TRUSTEE ON OR ABOUT 2/14/03. (ps) (Entered: 02/13/2003) |
| 02/20/2003 | 34 | Motion By Trustee To Extend Time To File Objection To Confirmation of Debtor's Chapter 13 PLan and Exemptions . c/s (ps) (Entered: 02/21/2003) |

| 03/04/2003 | 35 | ENDORSEMENT ORDER: Regarding [34-1] Motion To Extend Time To File Objection To Confirmation of Debtor's Chapter 13 PLan and Exemptions by Trustee . ALLOWED. NO RESPONSES FILED. (ps) (Entered: 03/04/2003) |
| 03/07/2003 | 36 | Motion Of Chapter 13 Trustee For Order Dismissing Case c/s (ps) (Entered: 03/10/2003) |
| 03/07/2003 | 37 | Motion Of Chapter 13 Trustee To Require Counsel To The Debtor To File A Fee Application . c/s (ps) (Entered: 03/10/2003) |
| 03/10/2003 | 38 | Chapter 13 Trustee's Objection To Confirmation Of [10-1] Chapter 13 Plan And Exemption. c/s (ps) (Entered: 03/10/2003) |
| 03/13/2003 |  | Hearing Re: [37-1] Motion To Require Counsel To The Debtor To File A Fee Application by Denise M. Pappalardo Set For 10:00 am on 4/2/03 at Springfield Court . (ps) (Entered: 03/13/2003) |
| 03/13/2003 |  | Hearing Re: [38-1] Confirmation of Plan Objection by Denise M. Pappalardo Set For 10:00 am on4/2/03 at Springfield Court . (ps) (Entered: 03/13/2003) |
| 03/14/2003 | 39 | Certificate Of Service By Trustee Of Hearing Re: [38-1] Objection to Confirmation of Plan by Trustee. (sas) (Entered: 03/15/2003) |
| 03/14/2003 | 40 | Certificate Of Service By Trustee Of Hearing Re: [37-1] Motion To Require Counsel To The Debtor To File A Fee Application by Trustee. (sas) (Entered: 03/15/2003) |
| 03/31/2003 | 41 | ENDORSEMENT ORDER: Regarding [36-1] Motion For Order Dismissing Case by Chapter 13 Trustee . ALLOWED. NO OBJECTIONS FILED. (ps) (Entered: 04/01/2003) |
| 04/02/2003 | 42 | ORDER: Granting [37-1] Motion To Require Counsel To The Debtor To File A Fee Application by Trustee . GRANTED. DEBTOR'S COUNSEL IS ORDERED TO FILE A FEE APPLICATION ON OR BEFORE 4/30/03. (ab) (Entered: 04/03/2003) |
| 04/02/2003 | 43 | ORDER: Regarding [38-1] Objection to Confirmation of Plan by Trustee . CONTINUED GENERALLY. DEBTOR IS ORDERED TO FILE AMENDED SCHEDULES C AND I ON OR BEFORE 4/23/03. (ab) (Entered: 04/03/2003) |
| 04/03/2003 |  | Hearing Held Re: [38-1] confirmation of plan Objection by Trustee. (ab) (Entered: 04/03/2003) |
| 04/11/2003 | 44 | Notice of Dismissal (ps) (Entered: 04/11/2003) |

| 04/22/2003 | 45 | Amended Schedules C,I,J Re: 6 Schedules C,I,J Filed by Debtor Hector L. Rolon. (ps , ) (Entered: 04/23/2003) |
| 04/22/2003 | 46 | Debtor's Motion to Amend 6 Schedules C,I,J. c/s (ps , ) (Entered: 04/23/2003) |
| 04/25/2003 | 47 | Debtor's Opposition to 36 Motion Of Chapter 13 Trustee For Order Dismissing Case. c/s (ps , ) (Entered: 04/25/2003) |
| 04/25/2003 | 48 | Motion to Vacate 41 ORDER: Granting [36-1] Motion For Order Dismissing Case by Chapter 13 Trustee and Allow of Debtor's Opposition to Trustee's Motion to Dismiss Case. c/s (Expedited Determination Requested) (ps , ) (Entered: 04/25/2003) |
| 04/30/2003 | 49 | Motion to Extend Time for Filing Fee Application. c/s Filed by Debtor Hector L. Rolon. (Expedited Determination Requested.) (ps , ) (Entered: 05/01/2003) |
| 05/01/2003 | 50 | Hearing scheduled for 5/9/2003 at 11:00 AM Springfield Courtroom - HJB RE: 48 Motion to Vacate 41 ORDER: Granting [36-1] Motion For Order Dismissing Case by Chapter 13 Trustee and Allow of Debtor's Opposition to Trustee's Motion to Dismiss Case. (Entered: 05/01/2003) |
| 05/01/2003 | 51 | Court Certificate of Mailing. RE: 50 Hearing scheduled for 5/9/2003 at 11:00 AM Springfield Courtroom - HJB (ps , ) (Entered: 05/01/2003) |
| 05/01/2003 | 52 | Endorsed Order Re:49 Motion to Extend Time for Filing Fee Application. ALLOWED. DEADLINE IS EXTENDED TO 5/14/03. 5/1/2003. (ps , ) (Entered: 05/01/2003) |
| 05/01/2003 | 53 | Opposition by Trustee Denise M. Pappalardo Re: 48 Motion to Vacate 41 Order Granting [36-1] Motion For Order Dismissing Case by Chapter 13 Trustee and Allow Debtor's Opposition to Trustee's Motion to Dismiss Case filed by Debtor Hector L. Rolon. c/s (sas) (Entered: 05/01/2003) |
| 05/09/2003 | | Hearing Held RE: 48 Motion to Vacate filed by Debtor Hector L. Rolon (ps , ) (Entered: 05/13/2003) |
| 05/09/2003 | 54 | Order Re: 48 Motion to Vacate 41 ORDER: Granting [36-1] Motion For Order Dismissing Case by Chapter 13 Trustee and Allow of Debtor's Opposition to Trustee's Motion to Dismiss Case. CONTINUED TO 5/14/03 AT 10:00 AM IN SPRINGFIELD. (ps , ) (Entered: 05/13/2003) |

| 05/13/2003 | | Hearing scheduled for 5/14/2003 at 10:00 AM Springfield Courtroom - HJB RE: 48 Motion of Debtor to Vacate 41 Dismissal Order of April 11, 2003. (ps) (Entered: 05/13/2003) |
| 05/14/2003 | | Hearing Held RE: 48 Motion to Vacate Dismissal Order of April 11, 2003 filed by Debtor Hector L. Rolon. (ps , ) (Entered: 05/14/2003) |
| 05/14/2003 | 55 | Order Re: 48 Motion to Vacate Dismissal Order of April 11, 2003. GRANTED. THE DEADLINE FOR DEBTOR'S COUNSEL TO FILE A FEE APPLICATION IS EXTENDED TO 5/15/03. (Entered: 05/14/2003) |
| 05/15/2003 | 56 | Motion for Permission to File Fee Application by Facsimile (Expedited Determination Requested). c/s Filed by Counsel for Debtor. (ps , ) (Entered: 05/15/2003) |
| 05/15/2003 | 57 | First Fee Application for Compensation, Itemized Application for Compensation/Order Memorandum of Receipts and Disbursements, Statement of Attorney and Other Thereon for Francis Lafayette , Debtor's Attorney Fee: $4669.25, Expenses: $0.00. (ps) (Entered: 05/15/2003) |
| 05/15/2003 | 58 | Endorsed Order Re: 56) Motion for Permission to File Fee Application by facsimile. ALLOWED. 5/15/2003. (ps , ) (Entered: 05/16/2003) |
| 05/23/2003 | 59 | Hearing scheduled for 6/2/2003 at 02:30 PM Springfield Courtroom - HJB RE: 57 First Fee Application for Compensation, Itemized Application for Compensation/Order Memorandum of Receipts and Disbursements, Statement of Attorney and Order Thereon for Francis Lafayette, Debtor's Attorney. (ps) (Entered: 05/23/2003) |
| 05/23/2003 | 60 | Court Certificate of Mailing. RE: 59 Hearing scheduled for 6/2/2003 at 02:30 PM Springfield Courtroom - HJB (ps , ) (Entered: 05/23/2003) |
| 05/27/2003 | 61 | Endorsed Order Re: 46 Debtor's Motion to Amend 6 Schedules C,I,and J Filed by Debtor Hector L. Rolon. ALLOWED. NO OBJECTIONS FILED. (ps , ) (Entered: 05/28/2003) |
| 05/30/2003 | 62 | Assented to Motion to Continue Hearing Re: 57 First Fee Application for Compensation, Itemized Application for Compensation/Order Memorandum of Receipts and Disbursements, Statement of Attorney and Other Thereon for Francis Lafayette , Debtor's Attorney Fee: $4669.25, Expenses: $0.00. (ab) (Entered: 05/30/2003) |
| 06/02/2003 | 63 | Endorsed Order Re: 62 Motion To Continue Hearing On 57 |

| | | Application for Compensation. ALLOWED; HEARING SCHEDULED FOR 6/2/03 IS CONTINUED TO 6/11/03 AT 11:30 AM IN SPRINGFIELD. (ps , ) (Entered: 06/03/2003) |
|---|---|---|
| 06/24/2003 | 64 | Case Management Order Regarding 57 Application For Compensation by Francis Lafayette. Entered on 6/24/2003. (sas) (Entered: 06/24/2003) |
| 06/24/2003 | | Evidentiary Hearing Scheduled for 7/22/2003 at 01:00 PM Worcester Courtroom 4 - HJB RE: 57 Application for Compensation Filed by Francis Lafayette. (sas) (Entered: 06/24/2003) |
| 07/16/2003 | 65 | Motion to Continue Hearing Re: Evidentiary Hearing Scheduled for 7/22/2003 at 01:00 PM Filed by Counsel for Debtor, Francis Lafayette. c/s (Expedited Determination Requested.) (ps , ) (Entered: 07/16/2003) |
| 07/18/2003 | 66 | Emergency Second Motion to Continue Hearing Re: 57 Application for Compensation Filed by Debtor's counsel Aty. Francis Lafayette. c/s (yms) (Entered: 07/18/2003) |
| 07/18/2003 | 67 | Endorsed Order Regarding 66 Motion To Reschedule Proceedings Re: Application for Compensation for Francis Lafayette , Debtor's Attorney. (ds) (Entered: 07/18/2003) |
| 07/18/2003 | 68 | Pre-Trial Memorandum Filed by Interested Party United States Trustee Re: 57 First Fee Application for Compensation, Itemized Application for Compensation/Order Memorandum of Receipts and Disbursements, Statement of Attorney and Other Thereon for Francis Lafayette, Debtor's Attorney. (ab) (Entered: 07/21/2003) |
| 07/21/2003 | 70 | Notice of Appearance and Request for Notice by Margaret E. Noone For Creditor Household Bank (lc , ) (Entered: 08/29/2003) |
| 07/22/2003 | 72 | Motion to Impound So Much of the Files that Related to Counsel Physical/Dental Health Issues Filed by Francis Lafayette. c/s (Filed in Open Court) (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 73 | Motion to Present Newly Discovered Evidence Related to Counsel Physical/Dental Health Issues filed by Francis Lafayette. c/s (Filed in Open Court) (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | | Hearing Held Re: 57 First Fee Application for Compensation, Itemized Application for Compensation Filed by Francis Lafayette. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | | Hearing Held Re: 72 Motion to Impound So Much of the Files that |

| | | |
|---|---|---|
| | | Related to Counsel Physical/Dental Health Issues Filed by Francis Lafayette. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | | Hearing Held Re: 73 Motion to Present Newly Discovered Evidence Related to Counsel Physical/Dental Health Issues filed by Francis Lafayette. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 74 | Order Dated 7/22/03 Regarding 57 First Fee Application for Compensation filed by Francis Lafayette. TAKEN UNDER ADVISEMENT. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 75 | Order Dated 7/22/03 Regarding 72 Motion to Impound So Much of the Files that Related to Counsel Physical/Dental Health Issues Filed by Francis Lafayette. DENIED. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 76 | Order Dated 7/22/03 Regarding 73 Motion to Present Newly Discovered Evidence Related to Counsel Physical/Dental Health Issues filed by Francis Lafayette. DENIED. (sas, usbc) (Entered: 06/07/2004) |
| 07/22/2003 | 77 | Order Dated 7/22/03 Regarding 64 Case Management Order of June 24, 2003. TAKEN UNDER ADVISEMENT. (sas, usbc) (Entered: 06/09/2004) |
| 08/26/2003 | 69 | Order Confirming RE: 10 Chapter 13 Plan. (ps , ) (Entered: 08/27/2003) |
| 08/29/2003 | 71 | BNC Certificate of Mailing - PDF Document. Service Date 08/29/2003. (Related Doc # 69) (Admin.) (Entered: 08/30/2003) |
| 06/10/2004 | 78 | Memorandum of Decision Dated June 10, 2004 Regarding 57 First Fee Application for Compensation filed by Attorney Francis Lafayette and 64 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | 79 | Order Dated June 10, 2004 Regarding 57 First Fee Application For Compensation filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | 80 | Order Dated June 10, 2004 Regarding 64 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | 81 | Court Certificate of Mailing of 78 Memorandum of Decision Dated June 10, 2004 Regarding 57 First Fee Application for Compensation filed by Attorney Francis Lafayette and 64 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
| | | |

| 06/10/2004 | 82 | Court Certificate of Mailing of 79 Order Dated June 10, 2004 Regarding 57 First Fee Application For Compensation filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/10/2004) |
|---|---|---|
| 06/10/2004 | 83 | Court Certificate of Mailing of 80 Order Dated June 10, 2004 Regarding 64 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
| 06/10/2004 | | Hearing Scheduled for 6/15/2005 at 02:00 PM Springfield Courtroom - HJB Re: 64 Case Management Order of June 24, 2003. (sas, usbc) (Entered: 06/10/2004) |
| 06/24/2004 | 85 | Notice of Appeal Filed by Attorney Francis Lafayette RE: 78 Memorandum of Decision and Orders Dated June 10, 2004 Regarding 57 First Fee Application for Compensation 64 Case Management Order of June 24, 2003. Appellant Designation due by 7/5/2004. Complied Records Due by 7/19/2004. Transmission of Designation Due by 7/26/2004. Receipt Number 521608, Fee Amount $255. c/s (ps, usbc) (Entered: 06/29/2004) |
| 06/24/2004 | 87 | Election of Appeal to District Court Filed by Attorney Francis Lafayette RE: 85 Notice of Appeal Filed by Attorney Francis Lafayette RE: 78 Memorandum of Decision and Orders Dated June 10, 2004 Regarding 57 First Fee Application for Compensation 64 Case Management Order of June 24, 2003. Appellant Designation due by 7/5/2004. Complied Records Due by 7/19/2004. Transmission of Designation Due by 7/26/2004. Receipt Number 521608, Fee Amount $255. (ps, usbc) (Entered: 06/29/2004) |
| 06/25/2004 | 84 | Status Report (RE: 79 Order on Application for Compensation). (Psilos, Joanne) (Entered: 06/25/2004) |
| 06/25/2004 | 88 | Notice of Appeal to District Court RE: 85 Notice of Appeal Filed by Attorney Francis Lafayette RE: 78 Memorandum of Decision and Orders Dated June 10, 2004 Regarding 57 First Fee Application for Compensation 64 Case Management Order of June 24, 2003. Appellant Designation due by 7/5/2004. Complied Records Due by 7/19/2004. Transmission of Designation Due by 7/26/2004. (ps, usbc) (Entered: 06/29/2004) |
| 06/29/2004 | 86 | Order Dated 6/29/04 RE: 85 Notice of Appeal Filed by Francis Lafayette, Counsel of Debtor. (yms, usbc) (Entered: 06/29/2004) |
| 06/30/2004 | 89 | Order to Show Cause Dated 6/30/04 Regarding 79 Order Dated June 10, 2004 Regarding 57 First Fee Application For Compensation filed by Attorney Francis Lafayette. Show Cause hearing to be held on 7/14/2004 at 02:00 PM at Springfield Courtroom - HJB. (sas, usbc) (Entered: 06/30/2004) |