| 06/30/2004 | 90 | Court Certificate of Mailing of 86 Order dated 6/29/04 Re: 85 Notice of Appeal and 89 Order to Show Cause Dated 6/30/04 Regarding 79 Order Dated June 10, 2004 Regarding 57 First Fee Application For Compensation filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 06/30/2004) |
| --- | --- | --- |
| 06/30/2004 | 91 | Status Report *with c/s* (Re: 79 Order on Application for Compensation). Filed by Debtor Hector L. Rolon (Lafayette, Francis) (Entered: 06/30/2004) |
| 07/01/2004 | 92 | Motion to Reconsider (Re: 86 Order) Filed by Debtor Hector L. Rolon (Lafayette, Francis) (Entered: 07/01/2004) |
| 07/01/2004 | 93 | Brief/Memorandum In Support Of (Re: 92 Motion to Reconsider). Filed by Debtor Hector L. Rolon (Lafayette, Francis) (Entered: 07/01/2004) |
| 07/07/2004 | 94 | Order dated 7/7/04 RE: 89 Order to Show Cause Dated 6/30/04. Hearing scheduled for 7/14/04 is canceled. (ps, usbc) (Entered: 07/07/2004) |
| 07/08/2004 | 95 | Memorandum of Decision Dated 7/8/04 Regarding 92 Motion to Reconsider 86 Order Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc) (Entered: 07/08/2004) |
| 07/08/2004 | 96 | Order Dated 7/8/04 Denying 92 Motion to Reconsider 86 Order Filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 07/08/2004) |
| 07/08/2004 | 97 | Court Certificate of Mailing of 95 Memorandum of Decision and 96 Order Regarding 92 Motion to Reconsider 86 Order Filed by Attorney Francis Lafayette. (sas, usbc) (Entered: 07/08/2004) |
| 07/09/2004 | 98 | BNC Certificate of Mailing - PDF Document. Service Date 07/09/2004. (Related Doc # 94) (Admin.) (Entered: 07/10/2004) |
| 07/17/2004 | 99 | Notice of Appeal. Fee Amount $250 Filed by Debtor Hector L. Rolon (RE: 95 Memorandum of Decision, 96 Order on Motion To Reconsider). Appellant Designation due by 7/27/2004. Complied Records Due by 8/11/2004. Transmission of Designation Due by 8/16/2004. (Lafayette, Francis) (Entered: 07/17/2004) |
| 07/18/2004 | 100 | Receipt of filing fee for Notice of Appeal(02-45994) [appeal,ntcapl] ( 250.00). Receipt Number 0101B786680, amount $ 250.00. (U.S. Treasury) (Entered: 07/18/2004) |
| 07/18/2004 | 101 | Election of Appeal to District Court Filed by Debtor Hector L. Rolon |

| | | |
|---|---|---|
| | | (RE: 99 Notice of Appeal, ). (Lafayette, Francis) (Entered: 07/18/2004) |
| 07/19/2004 | 102 | Notice of Appeal to District Court Re: 99 Notice of Appeal Filed by Francis Lafayette Counsel to Debtor Hector L. Rolon (Re: 95 Memorandum of Decision, 96 Order on Motion To Reconsider). (ab, usbc) (Entered: 07/19/2004) |
| 07/19/2004 | 103 | Court Certificate of Mailing Re: 102 Notice of Appeal to District Court. (ab, usbc) (Entered: 07/19/2004) |
| 07/24/2004 | 104 | Certificate of Compliance *with c/s* (Re: 79 Order on Application for Compensation). Filed by Debtor Hector L. Rolon (Lafayette, Francis) (Entered: 07/24/2004) |
| 07/27/2004 | 105 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtor Hector L. Rolon (RE: 99 Notice of Appeal, ). Appellee designation due by 8/6/2004. (Lafayette, Francis) (Entered: 07/27/2004) |
| 08/11/2004 | | Appellant's Designated Documents to Be Included in the Record on Appeal RE: 99 Notice of Appeal. (ps, usbc) (Entered: 08/11/2004) |
| 08/17/2004 | 106 | Transmittal of Record on Appeal to U.S. District Court RE: 99 Notice of Appeal filed by Attorney Francis Lafayette. (ps, usbc) (Entered: 08/17/2004) |
| 08/19/2004 | 107 | Notice of Docketing Record on Appeal. Civil Action Number: 04-30155-MAP Filed by Mary Finn (District of MA) RE: 99 Notice of Appeal.(ps, usbc) (Entered: 08/20/2004) |
| 09/15/2004 | 108 | Motion *to Refer Debtor's Attorney to District Court for Disciplinary Proceedings Pursuant to Local Rule 2090-2 and Rule 83.6(4) and (5) of the Local Rules of the United States District Court for the District of Massachusetts* Filed by Interested Party United States Trustee (Meunier, Stephen) (Entered: 09/15/2004) |

| PACER Service Center |||
|---|---|---|
| **Transaction Receipt** |||
| 09/23/2004 12:54:49 |||
| **PACER Login:** | rk0068 | **Client Code:** | lmb |
| **Description:** | Docket Report | **Case Number:** | 02-45994 |

# United States Bankruptcy Court
## District of Massachusetts

| | |
|---|---|
| In re:<br><br>JOSEPH L. LaFRANCE,<br><br>Debtor | Chapter 13<br><br>Case No. 02-42450-HJB |
| In re:<br><br>MARTA L. OYOLA,<br><br>Debtor | Chapter 13<br><br>Case No. 02-45398-HJB |
| In re:<br><br>HECTOR L. ROLON,<br><br>Debtor | Chapter 13<br><br>Case No. 02-45994-HJB |
| In re:<br><br>KATHLEEN M. DAIGNEAULT,<br><br>Debtor | Chapter 13<br><br>Case No. 02-46689-HJB |
| In re:<br><br>PETER AND DENISE CACI,<br><br>Debtor | Chapter 7<br><br>Case No. 02-47249-HJB |



| In re: | ) |
| --- | --- |
| | ) |
| MARK BENNETT and | ) Chapter 13 |
| ANGELA BENNETT | ) |
| | ) Case No. 03-40074-HJB |
| Debtor | ) |
| | ) |

| In re: | ) |
| --- | --- |
| | ) |
| STEFAN DAVIS, | ) Chapter 13 |
| | ) |
| | ) Case No. 03-40199-HJB |
| Debtor | ) |
| | ) |

## MEMORANDUM OF DECISION

Before the Court is a "Motion for Reconsideration and to Allow Late Filing of Appeal on Grounds of Excusable Neglect (Fed. R. Bankr. P. 8002(c))" (the "Motion") filed by Attorney Francis Lafayette ("Attorney Lafayette"). The Motion does present an ironic picture, in that it seeks leave to file late an appeal of this Court's order of June 10, 2004 which, in turn, took action to ameliorate a variety of similar acts of neglect by Attorney Lafayette. See In re LaFrance, et. al., 2004 WL 1376363 (Bankr. D. Mass.).

As in the underlying case(s), Attorney Lafayette cites his allegedly poor physical condition and the side effects of medication as cause for his having failed to meet this important deadline. In the underlying cases, he claimed to have suffered from dental and back problems. Here, he claims to suffer from diabetes and polyneuropathy.

2

As in the LaFrance decision, this Court finds the existence of the alleged illnesses insufficient to justify Attorney Lafayette's failure to timely act. It is unlikely that either or any of these alleged conditions interfered in any material way with his ability to file a timely notice of appeal. This Court has checked with the records of the Clerk's Office and is advised (and takes judicial notice) that during the period of June 10, 2004 to June 21, 2004 in which the filing would have been timely, Attorney Lafayette:

1. appeared before this Court on June 16, 2004 in five (5) separate hearings; and
2. electronically filed eighty three (83) pleadings, five (5) of which were new bankruptcy cases, spread throughout the relevant period.[1]

A copy of that listing is attached hereto.

In light of the foregoing, this Court finds that Attorney Lafayette's failure to timely file his notice of appeal was within his control and resulted from his own inexcusable negligence. The Motion will, accordingly, be denied. A separate Order shall issue.

DATED: July 8, 2004

Henry J. Boroff
United States Bankruptcy Judge

cc: Francis Lafayette, Esq.
Denise Pappalardo, Chapter 13 trustee
United States trustee
Debtors

---

[1] Eighteen were filed on weekend days.

3

# Report of Filings by Attorney Frances Lafayette
## June 10, 2004 through June 21, 2004

### June 10, 2004

**03-44298**
| | | |
|---|---|---|
| 53 | Motion to Reconsider | Bennett |
| 54 | Declaration Re: Electronic Filing | Bennett |

**03-45556**
| | | |
|---|---|---|
| 35 | Motion to Reconsider | Gorski |
| 36 | Declaration Re: Electronic Filing | Gorski |

**04-42668**
| | | |
|---|---|---|
| 11 | Schedules A-J | Adasiewicz |
| 12 | Chapter 13 Agreement between debtor and counsel | Adasiewicz |
| 13 | Chapter 13 Plan | Adasiewicz |
| 14 | Motion to Extend | Adasiewicz |
| 15 | Declaration Re: Electronic Filing | Adasiewicz |

**04-43304**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Pascale |
| 3 | Statement of Social Security Number(s) | Pascale |
| 4 | Declaration Re: Electronic Filing | Pascale |

**04-43338**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Cabrera |
| 2 | Statement of Social Security Number(s) | Cabrera |
| 3 | Declaration Re: Electronic Filing | Cabrera |

Total Filings on: June 10, 2004    15


June 11, 2004

**03-46928**
  24    Motion to Convert Case to Chapter 7                  Moccio
  25    Declaration Re: Electronic Filing                      Moccio

**03-47195**
  37    Opposition                                                    Kelly
  38    Opposition                                                      Kelly

Total Filings on:   June 11, 2004    4



June 13, 2004

**04-43053**

| | | |
|---|---|---|
| 8 | Schedules A-J | McCarthy |
| 9 | Chapter 13 Plan | McCarthy |
| 10 | Motion to Extend | McCarthy |
| 11 | Chapter 13 Agreement between debtor and counsel | McCarthy |
| 12 | Declaration Re: Electronic Filing | McCarthy |

Total Filings on:  June 13, 2004   5


June 14, 2004

**02-45468**
  123    Stipulation                                              Babb

**04-43026**
    9    Schedules A-J                                     Austin
  10    Declaration Re: Electronic Filing        Austin

**04-43053**
  13    Notice                                               McCarthy

Total Filings on:    June 14, 2004    4



June 15, 2004

**02-47473**
- 73  Opposition — Martin

**04-41885**
- 19  Amended Chapter 13 Plan — Mulverhill
- 20  Motion to Modify Plan — Mulverhill
- 21  Amended Schedules — Mulverhill
- 22  Motion to Amend Schedules — Mulverhill
- 23  Declaration Re: Electronic Filing — Mulverhill

Total Filings on: June 15, 2004   6



June 16, 2004

**02-44216**
| | | |
|---|---|---|
| 50 | Chapter 13 Trustee's Motion for Order Dismissing Case | Ranger |

**03-47113**
| | | |
|---|---|---|
| 52 | Opposition | Dion |
| 53 | Opposition | Dion |

**04-04300**
| | | |
|---|---|---|
| 14 | Stipulation | Moreno |

**04-40724**
| | | |
|---|---|---|
| 65 | Motion to Extend | Buckert |
| 66 | Motion to Extend | Buckert |
| 67 | Exhibit A | Buckert |
| 68 | Amended Schedules | Buckert |
| 69 | Motion to Amend | Buckert |

**04-42835**
| | | |
|---|---|---|
| 8 | Notice | Yankson |

**04-43426**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 7)(Attorney) | Wheeler |
| 3 | Statement of Social Security Number(s) | Wheeler |
| 4 | Declaration Re: Electronic Filing | Wheeler |

**04-43440**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Arnold |
| 2 | Chapter 13 Plan | Arnold |
| 4 | Statement of Social Security Number(s) | Arnold |
| 5 | Declaration Re: Electronic Filing | Arnold |

Total Filings on:   June 16, 2004   17

**June 17, 2004**

**03-46552**
| | | |
|---|---|---|
| 73 | Amended Chapter 13 Plan | Bouffard |
| 74 | Motion to Amend | Bouffard |
| 75 | Amended Schedules | Bouffard |
| 76 | Motion to Amend | Bouffard |
| 77 | Certificate of Service | Bouffard |
| 78 | Declaration Re: Electronic Filing | Bouffard |

**04-40833**
| | | |
|---|---|---|
| 21 | Opposition | Fenner |

Total Filings on:   June 17, 2004    7



**June 18, 2004**

**04-41219**
| | | |
|---|---|---|
| 41 | Stipulation | Kelley |
| 42 | Motion to Approve | Kelley |

Total Filings on:  June 18, 2004   2



**June 19, 2004**

**03-46346**
| | | |
|---|---|---|
| 30 | Objection to Claim | Provost-Lamy |
| 31 | Declaration Re: Electronic Filing | Provost-Lamy |

**03-46928**
| | | |
|---|---|---|
| 31 | Notice of No Post Petition Creditors | Moccio |
| 32 | Declaration Re: Electronic Filing | Moccio |

**04-42636**
| | | |
|---|---|---|
| 12 | Amended Chapter 13 Plan | Rolo |
| 13 | Motion to Amend | Rolo |
| 14 | Amended Schedules | Rolo |
| 15 | Motion to Amend Schedules | Rolo |
| 16 | Declaration Re: Electronic Filing | Rolo |

**04-43537**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 7)(Attorney) | Woods |
| 3 | Statement of Social Security Number(s) | Woods |
| 4 | Declaration Re: Electronic Filing | Woods |

Total Filings on: June 19, 2004   12

**June 20, 2004**

**04-40809**

20 Opposition Price

Total Filings on: **June 20, 2004** **1**

**June 21, 2004**

**01-43979**
| | | |
|---|---|---|
| 54 | Notice of Post Petition Creditors | Moreno |
| 55 | Statement of Intent | Moreno |
| 56 | Declaration Re: Electronic Filing | Moreno |

**02-40021**
| | | |
|---|---|---|
| 73 | Motion to Incur Debt | Barrett |

**02-45958**
| | | |
|---|---|---|
| 77 | Opposition | Livingstone |

**02-46690**
| | | |
|---|---|---|
| 69 | Motion to Continue/Reschedule Hearing | Knoll |
| 71 | Opposition | Knoll |
| 72 | Certificate of Service | Knoll |

**04-40249**
| | | |
|---|---|---|
| 33 | Certificate of Service | Spears |

**04-41129**
| | | |
|---|---|---|
| 13 | Motion to Appear Telephonically | Beaucage |

Total Filings on: **June 21, 2004**    10

Total Filings for this report:        83

## United States Bankruptcy Court
## District of Massachusetts

| | |
|---|---|
| In re:<br><br>JOSEPH L. LaFRANCE,<br><br>Debtor | Chapter 13<br><br>Case No. 02-42450-HJB |
| In re:<br><br>MARTA L. OYOLA,<br><br>Debtor | Chapter 13<br><br>Case No. 02-45398-HJB |
| In re:<br><br>HECTOR L. ROLON,<br><br>Debtor | Chapter 13<br><br>Case No. 02-45994-HJB |
| In re:<br><br>KATHLEEN M. DAIGNEAULT,<br><br>Debtor | Chapter 13<br><br>Case No. 02-46689-HJB |
| In re:<br><br>PETER AND DENISE CACI,<br><br>Debtor | Chapter 7<br><br>Case No. 02-47249 |



| In re: | ) |
| --- | --- |
| | ) Chapter 13 |
| MARK BENNETT and | ) |
| ANGELA BENNETT | ) Case No. 03-40074-HJB |
| | ) |
| Debtor | ) |

| In re: | ) |
| --- | --- |
| | ) Chapter 13 |
| STEFAN DAVIS, | ) |
| | ) Case No. 03-40199-HJB |
| Debtor | ) |

## MEMORANDUM OF DECISION

Before this Court are fee applications filed by Attorney Francis Lafayette ("Attorney Lafayette") in each of the above-captioned cases. Also before this Court is its Case Management Order, dated June 24, 2003 (the "Case Management Order"), ordering Attorney Lafayette to show cause why he should not file additional fee applications in all pending cases in which he serves as counsel to the debtor and has fees unpaid and why the provisions of Massachusetts Local Bankruptcy Rule ("MBLR")13-7(b) should not be suspended in all cases which Attorney Lafayette may hereafter file in this district.

Pursuant to its order of this date, and as explained below, this Court now disallows compensation for Attorney Lafayette in each of the instant cases, in whole or in part; orders disgorgement of fees previously received by Attorney Lafayette, as may be applicable; orders Attorney Lafayette to file fee applications in all pending cases in which he serves as counsel to the debtor and has fees still unpaid; and suspends the provisions of MBLR

2

13-7(b) in all cases which Attorney Lafayette may hereafter file in this District until further court order. This Court's actions are authorized by 28 U.S.C. §157(b)(2)(A) and (B), 11 U.S.C. §§ 327, 328 and 329 and MLRB 13-7(b).

I.  FACT PATTERNS

The relevant facts are either: (1) not materially disputed, being drawn from the docket or pleadings of each relevant case, or from testimony or supplemental pleadings provided by Attorney Lafayette as described below; or (2) constitute this Court's findings of fact, pursuant to Fed. R. Bankr. P. 7052, as made applicable by Fed. R. Bankr. P. 9014, based on the evidentiary hearings described below.

A.  Joseph L. LaFrance

Joseph L. LaFrance filed a Chapter 13 case on April 19, 2002 and was represented by Attorney Lafayette. Shortly thereafter, Attorney Lafayette filed a "Disclosure of Compensation of Attorney for Debtor," as required by Federal Rule of Bankruptcy Procedure 2016(b) (the "LaFrance Fee Disclosure"). According to Paragraph 1 of the LaFrance Fee Disclosure, Attorney Lafayette agreed to charge $2,500 for preconfirmation and $500 for postconfirmation work, of which Attorney Lafayette had received $415 on account. The balance due was set forth as follows:

> $3,000 less $415 paid leaving a balance of $2,085 (pre-confirmation and $500.00 post-confirmation) for services described in (4)(a)-(c) below plus copies of @ $.15 per page; incoming telecopier transmissions of $.15/page; auto mileage at the rate set forth from time to time by 41 CFR sec. 301-4.2 ($.31 per mile); costs incurred for parking and out-of-pocket disbursements made by Attorney, including, but not limited to, filing and witness fees, service of process fees, expenses of depositions, investigative expenses,

3