## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: Joseph LaFrance, et al** | **04-30153** |
| **IN RE: Marta Oyola, et al** | **04-30154** |
| **IN RE: Hector L. Rolon, et al** | **04-30155** |
| **IN RE: Peter Caci, et al** | **04-30157** |
| **IN RE: Bennett, et al** | **04-30158** |
| **IN RE: Davis, et al** | **04-30159** |
| **IN RE: Kathleen M. Daigneault, et al** | **04-30156** |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a Hearing re: Bankruptcy appeal on JUNE 2, 2005 at 2:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom #  1  on the  5th  floor.

**SARAH THORNTON**
**CLERK OF COURT**

**4/8/05**
**Date**

**By: /s/ Elizabeth A. French**
**Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)   [kntchrgcnf.]
   [ntchrgcnf.]